## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **THIND ENTERPRISES, L.L.C., JASWINDER SINGH THIND AND JASWINDER KAUR THIND** | **CIVIL ACTION NO.** |
| | **JUDGE** |
| **VERSUS** | |
| **GREAT LAKES REINSURANCE (UK) SE aka GREAT LAKES REINSURANCE SE** | **MAGISTRATE** |

## NOTICE OF REMOVAL

**NOW INTO COURT,** through undersigned counsel, comes Defendant, Great Lakes Insurance SE f/k/a Great Lakes Reinsurance (UK) PLC ("Great Lakes"), which files this Notice of Removal pursuant to 28 U.S.C. § 1332 and 1441 to hereby remove this matter from state court to the docket of this Honorable Court and respectfully represents the following:

## BACKGROUND

## 1.

This action has been brought in the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana, entitled "*Thind Enterprises, L.L.C., et al v. Great Lakes Reinsurance (UK) SE, aka Great Lakes Reinsurance SE*" bearing Civil Action Number 700-795, Division "25," with the Petition for Damages being filed on October 22, 2020.[1]

---

[1] See Petition for Damages attached as Exhibit A.

**2.**

Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders served on Defendant in said action are attached hereto as Exhibit A.

**3.**

Additionally, a list of all attorneys, including their addresses, telephone numbers and parties represented is attached hereto as Exhibit B.

**4.**

This action is a civil action brought by Plaintiffs, Thind Enterprises, L.L.C., Jaswinder Singh Thind and Jaswinder Kaur Thind, seeking to recover damages as alleged in Plaintiffs' Petition for Damages.[2]

**5.**

Defendant was served with the Petition for Damages on January 27, 2021.[3] Therefore, removal is timely under 28 U.S.C. §1446(b)(1).

**<u>BASIS OF REMOVAL</u>**

**6.**

The grounds for removal are diversity of citizenship under 28 U.S.C. § 1332 and 28 U.S.C. § 1441—Defendant is completely diverse from the Plaintiffs and the amount in controversy exceeds $75,000.00, in light of the damages alleged in Plaintiffs' Petition for Damages.

**7.**

Plaintiffs are citizens of the State of Louisiana. Specifically, upon information and belief, Jaswinder Singh Thind and Jaswinder Kaur Thind are citizens of the State of Louisiana and are

---

[2] Petition for Damages attached hereto as Exhibit A.
[3] See Service Return attached hereto as Exhibit C.

the only two members of Thind Enterprises, L.L.C. Therefore, all of the Plaintiffs are citizens of the State of Louisiana for the purposes of diversity jurisdiction.[4]

**8.**

Defendant, Great Lakes Insurance SE f/k/a Great Lakes Reinsurance (UK) PLC, is not a citizen of Louisiana. Great Lakes is a Societas Europea incorporated in Germany and registered with the commercial register of the local court of Munich under number HRB 230278. Great Lakes' registered office is at Königinstraße 107, 80802 Munich, Germany.

**9.**

Because complete diversity exists between Plaintiffs – citizens of Louisiana – and Defendant – domiciled in Germany – diversity of citizenship exists among the parties.

**10.**

Defendant denies liability for any damages sought by Plaintiffs. However, upon information and belief, the amount in controversy exceeds the requisite jurisdictional amount of $75,000.00.

**11.**

In this matter, Plaintiffs allege that they have suffered damage as a result of the destruction of a slush machine at issue in a separate lawsuit entitled "*Thind Enterprises, LLC dba More 4 Less Gold, Jaswinder Singh Thind and Jaswinder Kaur Thind v. Employers Mutual Casualty Company, EMC Property & Casualty Company, and Richard's Candy & Fundraising Co., Inc.*," bearing Civil Action Number 20154282, 15th Judicial District Court for the Parish of Lafayette, State of Louisiana ("Underlying Lawsuit").[5] In the Underlying Lawsuit, Plaintiffs

---

[4] See Detailed Record from Louisiana Secretary of State for Thind Enterprises, L.L.C., attached as Exhibit D; see also Petition for Damages in the Underlying Lawsuit attached as Exhibit E, at Preamble.
[5] See Petition for Damages attached as Exhibit A, at ¶ 9-14; see also Petition for Damages in the Underlying Lawsuit attached as Exhibit E.

claimed damages in the amount of "approximately $594,708.27" due to a fire allegedly caused by the slush machine.[6] However, according to the Plaintiffs, the Underlying Lawsuit was dismissed on summary judgment because they could not prove their claims without the slush machine.[7] As a result, in this matter, Plaintiffs claim they are entitled to damages from Defendant "sufficient to reimburse them for all losses caused by the fire" due to the destruction of the slush machine.[8] Therefore, because Plaintiffs claimed damages are in excess of $75,000.00 in the Underlying Lawsuit, the amount of controversy exceeds the requisite jurisdictional amount in this matter.

## **REMOVAL PROCEDURE**

### **12.**

This Notice of Removal is filed within 30 days of service upon the Defendant of a copy of the initial pleading setting forth the claim for relief upon which the action or proceeding is based.

### **13.**

The state court action was commenced on October 22, 2020, and this removal has been filed within 1 year of its commencement.

### **14.**

Venue is proper within the Middle District of Louisiana because the matter is being removed from the 19th Judicial District Court for the Parish of East Baton Rouge—a court which the Middle District of Louisiana embraces, and more specifically:

> Hon. Wilson E. Fields
> 19th Judicial District Court
> Parish of East Baton Rouge, State of Louisiana

---

[6] See Petition for Damages in the Underlying Lawsuit attached as Exhibit E, at ¶ VII.
[7] See Petition for Damages attached as Exhibit A, at ¶ 9-14
[8] See Petition for Damages attached as Exhibit A, at ¶ 14

Division O, Section 25
300 North Boulevard, Suite 7101
Baton Rouge, Louisiana 70801

**15.**

Under 28 U.S.C. § 1446(d), the mover affirms that it will give written notice of this removal to all adverse parties and will file a copy of the Notice with the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana.

**16.**

Pursuant to 28 U.S.C. § 1447(b), mover identifies all counsel as follows:

a.   *Counsel for Plaintiffs — Thind Enterprises, L.L.C., Jaswinder Singh Thind and Jaswinder Kaur Thind*
Timothy K. Reynolds, Esq.
REYNOLDS LAW FIRM
315 South College Road, Suite 101
Lafayette, Louisiana 70503
Tel: (337) 593-0344
Fax: (337) 593-0347
Email: tim@reylawfirm.com

b.   *Counsel for Defendant — Great Lakes Insurance SE f/k/a Great Lakes Reinsurance (UK) PLC*
James A. Prather, Esq.
Joshua H. Dierker, Esq.
Galloway, Johnson, Tompkins, Burr & Smith
#3 Sanctuary Boulevard, Third Floor
Mandeville, Louisiana 70471
Tel.: (985)-674-6680
Fax: (985)-674-6681
Email: jprather@gallowaylawfirm.com
       jdierker@gallowaylawfirm.com

**17.**

Pursuant to Rule 11 of the Federal Rules of Civil Procedure, undersigned counsel certifies that he has read the foregoing Notice of Removal. He likewise certifies that to the best of his knowledge, information, and belief formed after reasonable inquiry, the Notice is well-

grounded in fact and is warranted by existing law or good faith argument for the extension, modification, or reversal of existing law, and that it is not interposed for any improper purpose.

      **WHEREFORE,** Defendant, Great Lakes Insurance SE f/k/a Great Lakes Reinsurance (UK) PLC, prays that this Notice of Removal be accepted as good and sufficient, and that this civil action be removed from the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana, to the docket of this Honorable Court for trial and determination as provided by law, and that this Court enter such Orders and issue such process as may be proper, including copies of records and proceedings of the action from the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana, and then proceed with the civil action as if it had been originally commenced in this Court.

                    Respectfully submitted,

                    **GALLOWAY, JOHNSON, TOMPKINS,
BURR & SMITH, APLC**

                     */s/ Joshua H. Dierker*
                    **JAMES A. PRATHER (#20595) (T.A.)
JOSHUA H. DIERKER (#35109)**
                    3 Sanctuary Boulevard, Third Floor
Mandeville, Louisiana 70471
Telephone:  985-674-6680
Facsimile:  985-674-6681
***Counsel for Great Lakes Insurance SE f/k/a Great Lakes Reinsurance (UK) PLC***

## <u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on this 12th day of February, 2021, a copy of the foregoing pleading has been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) or via the court's CM/ECF system.

                     */s/ Joshua H. Dierker*
                    **JOSHUA H. DIERKER (#35109)**